**E-filed 9/25/06**

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PAULA SANCHEZ, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE LOTUS AGENCY and JANICE )<br>STABILE, )<br><br>Defendants**.** )<br> ) | Civil Action No. 06-04004 JF<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE CMC TO 10/20/06<br><br>Date: September 29, 2006<br>Time: 10:30 a.m.<br>U.S. District Court<br>280 S. 1st St.<br>San Jose, CA 95113<br>HON. JEREMY FOGEL |

Defendants were just served on September 6, 2006.  I spoke with Defendant Janice Stabile, owner of The Lotus Agency twice, the last time being on September 15, 2006. Defendants have not retained counsel.  The parties will attempt to resolve this matter before an answer is filed.  Plaintiff hereby requests the CMC be continued to October 20, 2006. Defendants have no opposition to such.


**/s/Ronald Wilcox**                              **9/15/06**
Ronald Wilcox                                            Date
Attorney for Plaintiff

**<u>Certificate of Service</u>**

1

2          I, Marion Ramel, declare as follows:

3

4          I am over the age of eighteen and not a party to this action.  On September 22, 2006, I

5   served the foregoing document on Defendants in this action, by fax and U.S. Mail, to the

6   following address:

7

8   Janice Stabile
    The Lotus Agency
9   6742 Van Nuys Blvd.
    Van Nuys, CA 91401
10  Fax: 818-914-9117

11  **<u>/s/Marion Ramel</u>**
    **Marion Ramel**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

The Case Management Conference is hereby continued from September 29, 2006 to October  20  , 2006, at 10:30 p.m.


Date:    9/25/06

_____

HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE