Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAULA SANCHEZ,    ) | Civil Action No. 06-04004 JF |
|                   ) | |
|   Plaintiff,      ) | PLAINTIFF'S CASE MANAGEMENT |
|                   ) | CONFERENCE STATEMENT, REQUEST |
|   v.              ) | TO CONTINUE CMC TO 11/17/06 |
|                   ) | |
| THE LOTUS AGENCY and JANICE ) | Date: October 30, 2006 |
| STABILE,          ) | Time: 10:30 a.m. |
|                   ) | U.S. District Court |
|   Defendants.     ) | 280 S. 1st St. |
|                   ) | San Jose, CA 95113 |
|                   | HON. JEREMY FOGEL |

Defendants were just served on September 6, 2006. The parties attempted to resolve this matter before an answer is filed. Defendants just filed a pro per answer. On Wednesday, October 11, 2006, I sent defendants a letter requesting they consent to a form of ADR and whether they would have any opposition to continuing the CMC for a few weeks to provide defendants time to retain legal counsel. I have yet to hear back. Thus, Plaintiff requests a continuance of this matter for approximately four weeks, to November 17, 2006.

**/s/Ronald Wilcox**                             **10/13/06**
Ronald Wilcox                                    Date
Attorney for Plaintiff

1

## Certificate of Service

I, Ronald Wilcox, declare as follows:

I am over the age of eighteen and not a party to this action.  On October 13, 2006, I served the foregoing document on Defendants in this action, by fax and e-mail, to the following address:

Janice Stabile
The Lotus Agency
6742 Van Nuys Blvd.
Van Nuys, CA 91401
Fax: 818-914-9117
Lotus576@yahoo.com

**/s/Ronald Wilcox**
**Ronald Wilcox**

1
2
3
4   **[PROPOSED] ORDER**
5
    The Case Management Conference is hereby continued from October 20, 2006 to
6
    November __17__, 2006, at 10:30 p.m.
7
8
    Date:   10/18/06
9
    _____
10  HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25