01/23/2007  16:37   18183525326                          PAGE   01

**E-filed 1/24/07**

1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5

6          **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**
7              **SAN JOSE DIVISION**

8

| | |
|---|---|
| PAULA SANCHEZ, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
|      v. | )   Civil Action No. 06-04004 PVT |
| | ) |
| THE LOTUS AGENCY and JANICE | ) |
| STABILE, | )   STIPULATION TO DISMISS AND |
| | )   [PROPOSED] ORDER |
|      Defendants. | ) |
| | ) |

     The Parties wish to inform the Court that this matter has settled.  Plaintiff is awaiting settlement funds from Defendants.  Thus, the parties request that the matter be dismissed, with the Plaintiff allowed to reinstate the case in Federal Court if settlement funds are not received within 15 days from today.  The Court shall retain jurisdiction and the parties Consent to the U.S. Magistrate in the event the Plaintiff files a request to reinstate the case.  The parties also request the Court vacate the Settlement Conference set for January 31, 2007.

Date: _1/23/07_

_Ronald Wilcox_

Ronald Wilcox
Counsel for Plaintiff

STIPULATION TO DISMISS AND [PROPOSED] ORDRER- 1

Date:

_____

Janice Stabile
The Lotus Agency, Defendant


## [PROPOSED] ORDER

**Pursuant to the stipulation of the Parties:**

1. The matter is dismissed.

2. Plaintiff can reinstate the case if settlement funds are not received within 15 days.

3. The Court shall retain jurisdiction and the parties Consent to the U.S. Magistrate in the event the Plaintiff files a request to reinstate the case.

4. The Settlement Conference set for January 31, 2007 is hereby vacated.

**IT IS SO ORDERED.**

Date:   1/24/07

_____
HON. P. TRUMBULL  Jeremy Fogel, US District Court